Good morning, and may it please the Court, Justice O'Malley is here with us. He serves on the purpose of former Mayor Bob Kuykendall, former Mayor of the City of Fresno. We are here today to talk about a group of unmitigated human rights violations here in the Contra Party, Mayor Kuykendall, and all fighting within the defense of this case. The lower court, Mayor Kuykendall, was entitled to a number of things related to the qualified immunity. Number one, the application of the well-established objective that qualified immunity is the norm for a public person. Application, the principle that there must be a factual showing that this person committed a constitutional behavior, and that assessment must be individualized and must be tailored to the underlying constitutional violation which is at issue in the case. And number one, at the District Courts of Canada as it relates to Mayor Kuykendall, we can see that there's a section that the district judge applies to the city as a whole, in which he discusses activities by a number of citizenship-based practices such as gun control. But when we look at denial of qualified immunity for Mayor Kuykendall, down to a particular sexual disorder, we don't see any reference to any particular action taken on the part of Mayor Kuykendall that relates to the level of a constitutional violation. And we can engage in a discussion about the constitutional violations. That's not a qualified immunity argument. If you have a qualified immunity, you're going to see that there was a constitutional violation here. The argument is that this is a legitimate constitutional violation, it wasn't a constitutional violation, depending on how the interpretation of it is. And again, we've cited that in the brief, but I do disagree in the fourth, by the way, that I would agree to that. There's also the McSherry v. Long Beach case. I know that in the briefs, I've heard counsel for Ms. Riley sometimes be withdrawn and superseded. And when you look at the McSherry v. Long Beach case, it seems that it talks about how a court, how a court can assess the absence of fact on a constitutional violation. And like we've done here in the five years, it seems to me that if you're going to go to court and you're going to assess the responsibility, you have two problems that you need. First is, you didn't have any violation. The second problem is that it was clearly established. When you're looking at it, you didn't have any violation. It doesn't seem to me you can elicit your own facts. You can't take the facts and justify the other side and say there is no violation. How can I take the facts and justify and say there's no violation? Yes, that's two questions. One. That is one. How can I take the facts and say that there's no violation here? Well, you've talked about the past. I'm sure in similar judgments, you need to look at the past. Well, I can just get into the facts and say, well, I mean, just even when we're talking about the age of the law, if you mean, as we are talking about today, you put the facts even in the affidavits and those things that were put together for the court, you can't just add more letters. You have to get into facts, justify that person who's alleging and those who lose their violence. So if you're in the UK and you feel like you're arguing that yes, there is an issue with the fire, well, at that point, we don't have any jurisdiction that's going to punish this person. But if there is, if the plaintiff or the allegee herself cannot show facts about a constitutional violation, then you can't use it. This is the case that we have here. So I, when I received the record that was free and fine as liable for this appeal, I put myself in the position of the proverbial to take a bunch of truffles and run through 1,200 pages of documents. You have the other legal problem here in that every time you might suggest that a plaintiff could not make a case, you can always hypothesize over and use that your client and or the one who competed with them is going to be punished. In that matter, you argue that it is good for a jury judge or your client to suggest at the end of each trial how you came to those situations and see exactly the structure of your case. What is the reason that you couldn't make the case that your client suggested? Well, it's just that I focused on ability and I focused on the ability that I qualify to be an appeal attorney. That's really what I'm trying to do here. Because I'm not a jury judge, I'm not a lawyer. We're talking about the facts of the case, not the legal. We don't have to keep it by the jury. We're gonna talk about your ability again. We're gonna talk about your ability and jurisdiction. If you wanna win, if you wanna win on silence, you have to suggest and hypothesize and suggest on your own. I've been in your case many times. I've been in it many times and I can understand why you keep linking the lowest desires that we've got with the highest desires that you have and we're not gonna be able to help you out. Have you ever said that at all? When I would ask the court to focus on whether or not it comes to judicial violation that has two components to it. One is that you told me that I'm not focused on the other's action component. This is kind of the same for me. It comes to judicial violation. Because it requires your approval to go to the city and either directly command them to fire Ms. Riley or to threaten them with adverse economic consequences if they don't face the actual case. Ms. Riley, if there's the absence of in-between those things based on their past, then he should be, he should be under a curfew. Furthermore, he should be entitled to qualified immunity and if you look at the clearly established part because your Honor, I totally agree. I'm not here to stand here for what I'm just saying. I'm going super far if you come out here and abuse me. The big thing here basically is that I'm your brother. I'm your brother, you know that. You know that. You bring your clients, you bring all the evidence. It's so horrifying, I have to tell you, I'm in a difficult position. Because what the court said is you can destroy the evidence. There's a negative inference to you. Actually, in this particular instance, the court did not say that as it relates to this particular case. I'm in the record, the record of 37. The court said although Riley's offers substantial evidence, the relevant emails consisted in challenging the credibility of various departments. Their testimony nevertheless, indicates that the previous existence and destruction of the smoke-detecting emails is speculation. Thus, the court's conclusion was the number of fake emails was not a disruption. Your Honor, the judge's opinion in the impact of the evidence did not stand in the jury of this description. That's the other part of the story. It says, well, this is in the record of 38, but the client claims, he says although there might be some overlapping evidence, quote, Riley, however, desires for sanctions in relation to her section 183 claim. Quote, it's a distributed post-jury challenge of emails was that it would warrant adverse inference destruction of some kind in the future. He left that hard to the moment. What's the language that could be? And the language that's gonna be used as the jury on the tortious interference claim, you can, you can, but don't ask for adverse inference. We can't consider it qualified in the immediate context of whether that's the case or not, so that's still on the record. So, let's move on. Quote, it's a distributed post-jury challenge of emails was that it would warrant adverse inference destruction of some kind in the future. If you describe relevant documents that you believe may be a personal containment, that could be relevant, but you know it's not only relevant to the jury claims but it's not the case here that the jury can join a friends' friendship. It's a one-to-three game. It's not that you can't destroy it. You can destroy it, but it's not probable because I don't like to say it, but you can't consider it a mutual separation of interests. Look, if you don't know that that actually is a good language for the adverse destruction, I don't see adverse destruction as being supported in this law. It's not a subpoena. It's not a subpoena. It's not a subpoena. It's not a subpoena. Aren't these totally asynchronous with what you've done about this city council? Well, it's a litmus test, and they're used almost like... There's two things, they're two things, and the mayor was actually just going to have done is really implement ratio studies that are in the records and our premises are determined in the language of the mayor. And prior to conversation with both and other member of the city council the Humane Society board was watching the protest and allegedly said words to the event to its fellow council members and it seems with the Trump fund that how can those people continue to do such a protest and how it carries a record of a student by Friday, June 26th, 1847. The other thing is, and you've heard me say this before, where if a family law or a law of their own is classified, then the mayor will have been caught as involved in their own... I thought that was the most important term, so the case would be un-bear. Un-bear is a pretty common concept. I'm not helping you, and these are not being presented to us as questions. Well, you know, the community law is being presented to us. I recognize that as a difficulty, but I'm hoping Claremont is trying to proceed with how they change that, including George Floyd Un-bear. The United States Supreme Court was explicit. They considered all of the exceptions that they presented at the very end. When we stand a first amendment claim for the direct denial of an independent contract and a contract that we're implementing are in addition to this situation, they were very explicit about that. Your understanding is that we are gonna be bound by Claremont. We know very well we're gonna be bound by it. We cannot do it. So, you're not gonna get any help because Claremont says it's been established for some time? Well, Claremont didn't equalize the language number, and Claremont didn't consider the fact that at the time that Eric Herzog was elected and enacted, that a private employer could identify a court dismissal claim for exercising the first amendment right, there was no law in the books whatsoever that said that that didn't. The Claremont contract didn't come in and say, people, what are you doing here? But the second amendment answer to your question is worse. The only thing, the only other thing corrected here on the amendment there is that it might have simply was presented to the power to recognize that there's no law to talk about the law. What we do is rebarrel. Rebarrel, it says, again, in Eric Herzog, is purely established in Creed 19-3. The state employees will not cause termination until a year of a private contract in retaliation for the contracting parties exercising the first amendment rights. That's a direct denial of the government that the entity to contract or establish these things rebarrel. We know this because of Perry. We know this because of private Perry. We know this because of private Perry. So they're all direct denial, but the case is not addressed. The topic of this was Barrow-Walden. You know, it's just a difference of matters. It's that that's why it doesn't establish a claim for re-adjustability, or re-establish law. So, when this is rebarreled, Florida Commissioners versus Policy Management, which is your own better case, parties attempt to differentiate between independent contractors and government employees are unavailable. This is still a direct denial of the government, but I'm not aware of a request to collect a holdings for you, the contractor, in order for you to get a declaration tonight. I don't see a letter from your officials who fired the volunteer. Did any of you guys work on the law when you were trying to hire a volunteer? If you look at the past two cases, especially in Highland 2, you'll see that the denial of the benefit was the banning of Highland from the Chief of the Court, not the firing, or the emergency of that. Highland didn't actually get that far. Highland said they banned them from the court, and therefore, you can find the benefit that may result in a job loss, but it's still focused on a direct denial. If we start saying that in a parallel editor, if they say they're upset or they're dismayed that there's constitutional violation, then they can't even discuss the truth of whether there's a construction, which is not a court. No court can say there's a constitution, or there's a constitution. I've only got 30 seconds. I'd like to reserve this time to you. I've already discussed it enough. I'm really not changing the subject for another few minutes. Next. There's the court. Yes, Sir, good morning. Do I stand by order of attorneys by order of attorneys, You have Southwest state in Riley. There's the court. Yes, we held until today, but we held until two years ago. The court today had the two specific purposes that I stated, and so the court, or there in general, established the community dimension for self inhaleend . Now, Toronto's raised some opponents before to show to these issues that there is a reference on what happened in the year 1880 in Hulselltown, and this is a very unpopular case in Toronto. This is a case where one of the denials was that the court had decided that there would be a case where the person who was the subject of the character was a juridical question on how the condom would be established and how the person had been in the hands of more people I think it's right and I think it's all very fair in this court to establish that the person who was the subject of the question was a juridical question in the year 1812 which are serious questions that we're going to have to investigate and establish and we're going to have to have an inquiry and we're going to have to establish that the person  of the question was a juridical question in the year 1812 which are serious questions that we're going to have to investigate and establish and we're going to have to  that the person who was the subject of the question was a juridical question and that that would include the subject as a set aside the authority of the person who was the subject of the question and then we are going to need to determine whether or not the person was a juridical question and then we are going to have to determine whether or not the person was a juridical question by the fact that  need to  whether or not the person was a juridical question and that the person gives the concept of human security because that is a a head-on recourse question primarily related to adverse effects and that is     a
judges: Bybee, N.R. Smith, Korman